FILED

Matthew O'Brien
U.S. Attorney's Office
312 N. Spring St., 13th Fl.
Los Angeles, CA 90012
(213) 894-8644

2019 JAN -7 AM 11: 49

CLERK U.S DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>KHK INTERNATIONAL TRADE ENTERPRISE, INC.,<br><br>SHH WORLD TRADING ENTERPRISES, INC., and<br><br>JOHN SEIL LEE,<br><br>DEFENDANT(S) | CASE NUMBER<br>CR No. **19 CR 00008**-RGK<br><br>**NOTICE TO COURT OF RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Denise Kim</u>, Case No. CR 2:18-00739-PA, which:

    __X__    was previously assigned to the Honorable Percy Anderson;

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any): Defendants are co-conspirators in the same conspiracy.

Dated: January 4, 2019

/s/ Matthew O'Brien
MATTHEW W. O'BRIEN
Assistant United States Attorney